An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JENNIFER P. TOGLIATTI, DISTRICT
JUDGE,
Respondents,
  and
CLARK COUNTY DISTRICT
ATTORNEY; AND THE HONORABLE
JENNIFER P. TOGLIATTI, DISTRICT
JUDGE,
Real Parties in Interest.

No. 62681

FILED

APR 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus/prohibition. Petitioner asserts that the district court has orally denied a matter he had brought before the district court but has not yet filed a written order. Petitioner seeks an order from this court directing the district court to enter a written order with sufficient information to establish why the district court denied him relief. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise

13-10594

original jurisdiction in this matter.  <u>See</u> NRS 34.170; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jennifer P. Togliatti, District Judge
       Percy Lavae Bacon
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk